IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

AL RICO MAPP,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS; STEVE UPTON;
JOE BURNETTE; DANE DASHER;
and JAMIE ANDERSON,

    Defendants.

CIVIL ACTION NO.: CV612–024

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Upton, Burnett, Dasher, and the Georgia Department of Corrections are **DISMISSED**. Plaintiff's claims against Defendant Anderson are **DISMISSED**, except for Plaintiff's use of excessive force and retaliation claims against Anderson which remain pending.

**SO ORDERED**, this 11th day of June, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)