FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 APR 23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

AL RICO MAPP,

    Plaintiff,

v.

JAMIE ANDERSON,

    Defendant.

CIVIL ACTION NO.: CV612–024

## ORDER

Plaintiff filed the captioned action, through counsel, on March 20, 2012. An Order dated May 15, 2012, directed service upon Jamie Anderson. On November 16, 2012, the U.S. Marshal filed an unexecuted return of service upon Anderson.

Defendant Anderson has not been served with the summons or complaint. By Order dated December 4, 2012, Plaintiff and his counsel were given thirty (30) days to provide the Court with an address where Jamie Anderson could be served. Plaintiff and his counsel were advised that the failure to comply with that Order would result in the dismissal of Plaintiff's claims against the Defendant. Plaintiff's counsel filed four (4) motions to extend the time to respond to that December 4, 2012 Order. In the March 22, 2013 Order granting Plaintiff's fourth motion, Plaintiff was advised that "NO FURTHER EXTENSIONS WILL BE GRANTED." Plaintiff and his counsel have failed to provide an address where Jamie Anderson can be served.

AO 72A
(Rev. 8/82)

Plaintiff's claims against Jamie Anderson are **DISMISSED** without prejudice, pursuant to Federal Rule of Civil Procedure 4(m), and this case is **dismissed**. The Clerk is authorized to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 23 day of April, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)